# UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

In re: Chad Thomas Frischmann Case No.: 23-10367

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Mark Harring, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/13/2023.
2) The plan was confirmed on 06/05/2023.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was completed on 05/04/2026.
6) Number of months from filing or conversion to last payment: 38.
7) Number of months case was pending: 40.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: NA.
10) Amount of unsecured claims discharged without full payment: 47,335.92.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | | |
|---|---|---|---|
| Total paid by or on behalf of the debtor: | $50,721.70 | | |
| Less amount refunded to debtor: | $757.86 | | |
| **NET RECEIPTS:** | | $49,963.84 | |

**Expenses of Administration:**

| | | | |
|---|---|---|---|
| Attorney's Fees Paid Through The Plan: | | $3,989.00 | |
| Court Costs: | | $.00 | |
| Trustee Expenses and Compensation: | | $3,435.31 | |
| Other: | | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | | $7,424.31 |
| Attorney fees paid and disclosed by debtor: | $11.00 | | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CAINE & WEINER | Unsecured | 86.00 | NA | NA | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | Secured | 23,219.63 | 23,219.63 | 23,219.63 | 23,219.63 | 4,620.73 |
| CAPITAL ONE AUTO FINANCE | Secured | NA | 136.63 | .00 | .00 | .00 |
| CERTIFIED RECOVERY INC | Unsecured | 718.00 | NA | NA | .00 | .00 |
| CREDIT SERVICE INTERNATIONAL | Unsecured | 411.00 | 330.00 | 330.00 | 16.63 | .00 |
| EAU CLAIRE ANESTHESIOLOGISTS | Unsecured | 1,754.17 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 9,995.44 | 10,047.90 | 10,047.90 | 10,047.90 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 996.25 | 996.25 | 50.19 | .00 |
| MARSHFIELD CLINIC | Unsecured | 1,993.69 | NA | NA | .00 | .00 |
| MARSHFIELD CLINIC | Unsecured | 534.40 | NA | NA | .00 | .00 |
| MARSHFIELD CLINIC | Unsecured | 593.72 | NA | NA | .00 | .00 |
| MINNESOTA DEPT OF REVENUE | Priority | 2,640.05 | 2,640.05 | 2,640.05 | 2,640.05 | .00 |
| MINNESOTA DEPT OF REVENUE | Unsecured | NA | 274.52 | 274.52 | 13.83 | .00 |

 

# UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

In re: Chad Thomas Frischmann — Case No.: 23-10367

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ONEMAIN | Unsecured | 11,121.92 | 11,116.92 | 11,116.92 | 560.10 | .00 |
| OPPORTUNITY FINANCIAL LLC | Unsecured | 46.00 | NA | NA | .00 | .00 |
| PINK DOGWOOD 13 LLC | Unsecured | 1,116.00 | 1,116.90 | 1,116.90 | 56.27 | .00 |
| PINNACLE SERVICE SOLUTIONS LLC | Unsecured | NA | 745.68 | 745.68 | 37.57 | .00 |
| SCOLOPAX LLC | Unsecured | NA | 4,391.44 | 4,391.44 | 221.25 | .00 |
| SIMPLE FAST LOANS INC | Unsecured | 1,977.37 | NA | NA | .00 | .00 |
| SPRINT CORP | Unsecured | 429.00 | 429.74 | 429.74 | 21.65 | .00 |
| ST JOSEPHS HOSPITAL | Unsecured | 610.27 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | Unsecured | 18,061.00 | 20,467.36 | 20,467.36 | 1,031.20 | .00 |
| WI DEPT OF REVENUE | Priority | NA | .00 | .00 | .00 | .00 |
| WI DEPT OF REVENUE | Unsecured | NA | 50.00 | 50.00 | 2.53 | .00 |
| YOUR CREDIT | Unsecured | 545.00 | NA | NA | .00 | .00 |
| YOUR CREDIT | Unsecured | 569.71 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 23,219.63 | 23,219.63 | 4,620.73 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 23,219.63 | 23,219.63 | 4,620.73 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 12,687.95 | 12,687.95 | .00 |
| **TOTAL PRIORITY:** | 12,687.95 | 12,687.95 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 39,918.81 | 2,011.22 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $7,424.31 | |
| Disbursements to Creditors: | $42,539.53 | |
| **TOTAL DISBURSEMENTS:** | | $49,963.84 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 07/31/2026 By: /s/Mark Harring
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.